Ella Krausen, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alvina Waterstredt, as Administratrix, etc., Appellant, v. New York, Chicago and St. Louis Railway Company, Respondent.— Order affirmed, with costs to defendant to abide event. All concurred.

Dennis J. Bailey, Respondent, v. Benjamin B. Uphill, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles Tyler, Appellant, v. Central City Trust Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Probate of the Last Will and Testament of Charles F. Bingham, Deceased. Kate Bingham Roesser, Appellant; George R. Teller and Others, Respondents.— Decree affirmed, with separate bills of costs to each party appearing upon the appeal by separate attorneys, payable out of the estate. All concurred.

Mabel M. Wertman, as Administratrix, etc., Appellant, v. Harry Yates, Respondent.— Order affirmed, with costs. All concurred.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,587, Issued to Catherine Cronin and Transferred to John Bodgan, Appellant.— Appeal dismissed, with costs, upon appellant's own motion.

The People of the State of the State of New York, Respondent, v. Peter Klippel, Appellant.— Appeal dismissed upon stipulation filed.

Vera Robinson Coyne, Appellant, v. David P. Morehouse and Another, Individually and as Executors and Testamentary Trustees, etc., Respondents.— Order modified by striking out the paragraphs numbered 2, 3 and 4, and as so modified affirmed, without costs of this appeal to either party. All concurred, except Robson and Foote, JJ., who dissented.